## Commonwealth ex rel. Payne, Appellant, v. Cavell.

Submitted September 25, 1967. Before BELL, C. J., MUSMANNO, JONES, COHEN, EAGEN, O'BRIEN and ROBERTS, JJ.

*Dino S. Persio,* for appellant.

*Robert J. Cassidy,* First Assistant District Attorney, and *Ferdinand F. Bionaz,* District Attorney, for appellee.

OPINION PER CURIAM, November 14, 1967:
Order affirmed.